IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARVIN J. LIEBERGOT )
 ) No. 3-12-1208
v. )
 )
JESUS SANCHEZ MARTINEZ, LLC.; )
and JESUS SANCHEZ MARTINEZ )

O R D E R

The plaintiff's second motion to extend time to serve defendants (Docket Entry No. 22) is GRANTED.

Under the circumstances presented by the plaintiff and for good cause shown pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the time for the plaintiff to effect service on the defendants is extended from April 22, 2013, to June 21, 2013.

As a result, the initial case management conference, rescheduled by order entered March 14, 2013 (Docket Entry No. 21), on May 17, 2013, is again RESCHEDULED to **Thursday, June 27, 2013, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

As provided in the orders entered November 26, 2012, December 31, 2012, February 1, 2013, and March 14, 2013 (Docket Entry Nos. 4, 7, 13, and 21), the stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, was lifted.

As also provided in the December 31, 2012, February 1, 2013, and March 14, 2013, orders, prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the

parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. <u>See</u> Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

Plaintiff's counsel shall serve a copy of this order on the defendants or their counsel and otherwise ensure that they are aware of the rescheduled date for the initial case management conference.

It is so ORDERED.

                                              JULIET GRIFFIN
                                              United States Magistrate Judge

2

Case 3:12-cv-01208   Document 23   Filed 04/18/13   Page 2 of 2 PageID #: 76