IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARVIN J. LIEBERGOT )
) No. 3-12-1208
v. )
)
JESUS SANCHEZ MARTINEZ, LLC.; )
and JESUS SANCHEZ MARTINEZ )

O R D E R

The plaintiff's motion to strike individual appearance of H. Anthony Duncan (Docket Entry No. 24) is GRANTED.

The Clerk is directed to terminate H. Anthony Duncan as counsel for the plaintiff. Bart C. Durham, III, Aaron B. Woodard, and Blair Pierson Durham remain counsel of record for the plaintiff.[1]

The motion filed by the plaintiff and the unnamed defendant State Farm Mutual Automobile Insurance Company to reschedule initial case management conference (Docket Entry No. 30) is GRANTED.

The initial case management conference is RESCHEDULED from June 27, 2013, to **Tuesday, June 25, 2013, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

In all other respects, the order entered April 18, 2013 (Docket Entry No. 23), remains in full force and effect.

Prior to June 25, 2013, the plaintiff shall file a memorandum in support of his motion to have defendants deemed served (Docket Entry No. 29), with any case law in support of the motion, including, if possible, any federal case law.

---

[1] Ordinarily, the motion would be for the consideration of the District Judge, in accord with Local Rule 83.01(g). However, because the plaintiff will remain represented by three other attorneys, it appears appropriate for the Magistrate Judge to grant the motion.

The Clerk is directed to mail a copy of this order to the defendants at 5414 Scarlett Drive, Apt. G, Indianapolis, Indiana 46224, by regular, first class mail and by certified mail.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge