IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARVIN J. LIEBERGOT )
 ) No. 3-12-1208
v. )
 )
JESUS SANCHEZ MARTINEZ, LLC.; )
and JESUS SANCHEZ MARTINEZ )

O R D E R

The plaintiff's motion to have defendants Jesus Sanchez Martinez and Jesus Sanchez Martinez, LLC, deemed served (Docket Entry No. 29) is GRANTED.

In accord with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 4B(1) and (6) of the Tennessee Rules of Civil Procedure, the Court hereby deems defendants Jesus Sanchez Martinez and Jesus Sanchez Martinez, LLC to have been served with process in this case as of January 7, 2013.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge