IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARVIN J. LIEBERGOT )
 ) No. 3-12-1208
v. )
 )
JESUS SANCHEZ MARTINEZ, LLC.; )
and JESUS SANCHEZ MARTINEZ )

O R D E R

By order entered November 25, 2013 (Docket Entry No. 42), the parties were directed to file an agreed order or stipulation of dismissal by January 15, 2014. The order further provided that, if no such filing were made by January 15, 2014, the Court would schedule a further conference call with counsel for the parties.

No filings have been made by the parties since the November 15, 2013, conference call.

Therefore, counsel for the parties shall convene another telephone conference call with the Court on **Tuesday, January 28, 2014, at 11:00 a.m.,** to be initiated by plaintiff's counsel, to address the status of resolution of this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge