IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARVIN J. LIEBERGOT )
)  No. 3-12-1208
v. )
)
JESUS SANCHEZ MARTINEZ, LLC.; )
and JESUS SANCHEZ MARTINEZ )

O R D E R

Pursuant to the order entered January 21, 2014 (Docket Entry No. 43), counsel for the parties called the Court on January 28, 2014, at which time they advised that the settlement in this case will be consummated in the near future.

By no later than March 14, 2014, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for his consideration of the parties' agreed order of dismissal to be filed no later than March 14, 2014.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge