IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARVIN LIEBERGOT )
)
v. ) NO. 3-12-1208
) JUDGE CAMPBELL
JESUS SANCHEZ MARTINEZ, LLC, )
et al. )

ORDER

The parties have filed an Agreed Order Dismissing Case (Docket No. 47). Accordingly, the claims of Plaintiff against Defendants Jesus Sanchez Martinez, LLC and Jesus Sanchez Martinez are DISMISSED without prejudice, and Plaintiff's claims against the Unnamed Defendant State Farm Insurance are DISMISSED with prejudice. Any pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE